IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Futrell, Virginia

Printed: 9/30/08

Case Number: 08 B 12683
Judge: Goldgar, A. Benjamin
Filed: 5/19/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 29, 2008
Confirmed: July 15, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,000.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 1,000.00 |
| Totals: | 1,000.00 | 1,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 2. | GMAC Auto Financing | Secured | 0.00 | 0.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 15,177.33 | 0.00 |
| 4. | Internal Revenue Service | Priority | 555.00 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 380.18 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 595.62 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 702.23 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 904.22 | 0.00 |
| | | | $ 18,314.58 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

